

Associates in Managed Care

## Medical Cost Projection

This file was referred by Jean-Paul Robert, Esq., and The Law offices of John Young, to prepare a Future Medical Cost Projection relating to injuries resulting from the Motor Vehicle Accident Mr. Dustin Schexnayder suffered on February 14, 2011.

At this time we are still gathering information from Mr. Schexnayder's treating physicians regarding his future treatment, most specifically from his orthopedic surgeon Dr. Johnson, as the problems from Mr. Schexnayder's broken foot persist. The other treating physician care is more routine in nature.

For the most part Mr. Schexnayder is medicallly stable, but does suffer from permanent cognitive impairment per Dr. Kevin Bianchini, the neuropsychologist who recently examined him. According to Dr. Bianchini Mr. Schexnayder will never be able to manage his own personal or medical affairs; will never be able to drive an automobile; will never be able to return to competetive work and will never be safe to leave alone for more than short periods of time.

We reserve the right to addend t his report as additional information becomes available, however, as the cost of Mr. Schexnayder's long-term care represents the biggest portion of the future injury related expenses, it is unlikely the overall total will vary by more than a few per-centage points.

Finally, this report is presented in two scenarios. ,The first scenario is one in which Mr. Schexnayder remains living at home with around the clock attendees. The second scenario is one in which Mr. Schexnayder is placed in a long-term residential facility for the brain injured.

### Claimant Information

| | |
|---|---|
| Claimant: | Dustin Schexnayder |
| Address: | 169 Troxclair St Destrehan, LA 70047 |
| SSN: | 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 |
| HICN: | 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A |
| Date of Birth: | 06/29/1981 |
| Current Age: | 32 |
| Claim Number: | Schexnayder 1 |
| DOI: | 02/14/2011 |

### State of Jurisdiction/Venue

Louisiana

### Employer Information

Not Applicable

### Insurance Information

Unknown

| **Defense Attorney** |
|---|

The Defense attorney information was not provided in the records to review for this allocation

| **Plaintiff Attorney** |
|---|

John L. Young
The Law Offices of John L. Young
915 St. Louis Street
New Orleans, LA 70112
Office: 504-581-2200
: 504-581-5100
Jean-Paul Robert, Esq
Attorney at Law
2315 S. Burnside Ave
Gonzales, LA 70737
: 225-674-9200
Email: jpr@attorneyatlawllc.com

| **Description of Injury** |
|---|

Single Car Motor Vehicle Accident

| **Pre-existing Conditions** |
|---|

No significant prior medical history.

## INJURY INFORMATION

| **Diagnoses** |
|---|

| ICD9 | Description | |
|---|---|---|
| 8540 | Traumatic Brain Injury | Claim Related |
| 82002 | Fx femur, midcervic-clos | Claim Related |
| 8220 | Fracture patella-closed | Claim Related |
| 8248 | Fx ankle NOS-closed | Claim Related |
| 8600 | Traum pneumothorax-close | Claim Related |
| 9070 | Lt eff intracranial inj | Claim Related |

| **Providers** |
|---|

| Name | Specialty | Type | Phone | Last Appt. | Next Appt. |
|---|---|---|---|---|---|
| 1.) Christy A Montegut Md | FP | Treating | 985-652-3344 | | N/A |
| 2.) Kevin J Bianchini Phd | PSYC | Consult | 504-780-1702 | | N/A |
| 3.) William S Johnson Iii Md Apmc | OR | Treating | 985-653-0254 | | N/A |
| 4.) Richard E. Ramsay, Md | NU | Treating | 504-842-3980 | | N/A |

## Medications

| Medication | Frequency | Reason | Related |
|---|---|---|---|
| 1.) Lamictal (Lamotrigine) | 100 mg BID | | Yes |

## Records Reviewed

- East Jefferson General Hospital, Medical Records
- Rust Cook, MD, St. Charles Parish Hospital, Medical Records
- St. Charles Medical Clinic, Medical Records, C. Jayakrishnan, MD
- Touro Rehabilitation Center, Dr. Mark Rosenbloom
- St. Charles Parish Hospital, Medical Records, Mary Moreno, PT
- St. Charles Parish EMS, Medical Records
- St. Charles Parish Hospital, Medical Records, Melina White, M.S. CCC-SLP,
- University Medical Center
- Kevin Bianchini, Phd, Neuropsychologists

## Medical Care Summary

Mr. Schexnayder, a 29 year old male (currently 32 years old), is picked up by St. Charles Parish Hospital EMS after being in a motor vehicle accident on February 14, 2011. Upon arrival on scene, EMS noted that the patient's pick-up truck was in a canal and the patient was trapped. The fire department was already on scene at this time. The truck had jumped from one end of the canal to the other, hitting the embankment. The steering wheel was broken and the windshield shattered. Mr. Schexnayder was unresponsive with a strong radial pulse. The report indicates the patient was too combative for IV's or non-rebreather mask. It took 42 minutes for the patient to be extricated from the truck by St. Charles Fire Department. Bilateral knee punctures were noted. Mr. Schexnayder was transported to LSU Interim Public Hospital (University Hospital) in New Orleans.

Mr. Schexnayder was admitted to LSU Interim Public Hospital (University Hospital) in New Orleans following his motor vehicle accident. The initial impressions were as follows:

- Traumatic brain injury with Glascow Coma Sale (GCS) of three
- Multiple traumatic fractures to his lower extremities

Mr. Schexnayder's prognosis was initially rated as poor, with a Do Not Resuscitate (DNR) consented to by Mr. Schexnayder's mother, with a (GCS) score of three. However, the prognosis changed as his GCS improved to six.

Further studies noted that he had a stroke or brain bleed to the right hemispheric area, a frontal contusion and diffuse axonal injury. Neurosurgery was consulted.

At one point, surgery was delayed for the repair of his tibia/fibula fracture because his condition had deteriorated to the point where they did not think he was going to live. In fact they had taken him off of most life-support. However, Mr. Schexnayder opened his eyes spontaneously and squeezed his mother's hand, and began to follow direction. At that point, life-support was reinstituted.

Upon arrival, the patient underwent an ORIF of the left patella (knee cap), and a closed reduction of the right talus fracture (ankle). No intracranial procedures were performed except for monitoring of the patient's intracranial

pressure via the placement of a pressure monitor bolt.

On March 13, 2011, Mr. Schexnayder underwent a tracheostomy for his ventilator. An endoscopic gastrostomy tube was also placed for feeding purposes. On March 17, 2011, Mr. Schexnayder underwent surgical placement of a rod in his left femur.

Mr. Schexnayder was placed on aspirin and Plavix for conservative treatment of his right internal carotid artery dissection. The hospitalization was further complicated by Stenotrophomonas pneumonia infection contracted from his ventilator. Additionally, MRSA was found in his sputum. Mr. Schexnayder was also suffering from anemia, requiring blood transfusions.

When he started to improve, Mr. Schexnayder began physical and occupational therapy.

Over the next few weeks, Mr. Schexnayder stabilized and was eventually able to be transferred to the Touro Rehabilitation Center.

Mr. Schexnayder was admitted to Touro Rehabilitation Center on March 28, 2011, under the care of Dr. Mark K. Rosenbloom. The patient was admitted with the following diagnoses:

- Status post: traumatic brain injury
- Left femur fracture
- Right ankle fracture and dislocation
- Left ankle fracture
- Left patella fracture
- Pulmonary contusion
- Tracheostomy placement
- Percutaneous endoscopic gastrostomy tube placement
- Internal carotid artery dissection
- Sacral decubitus ulcer stage III
- Left heel ulcer
- Right ankle ulcer.

While at Touro, Mr. Schexnayder developed or had a worsening of:

- Right pneumothorax, 25%
- Sacral decubitus ulcer stage III to IV
- Right heal ulcers stage II
- Left heel ulcer

Mr. Schexnayder was initially able to tolerate food well through a PEG tube. After passing a swallow study, was able to eat orally, but because of no toleration or desire to eat, tube feedings remained. Dr. Lurie, orthopedic surgeon, assumed treatment of Mr. Schexnayder's multiple fractures and surgeries. . By discharge, the patient was able to bear weight with walking boots as tolerated. The patient was instructed to follow up with his orthopedic physician at University Hospital.

Dr. Celebi with Cardiology followed Mr. Schexnayder for his carotid dissection. He was required to taken an aspirin and/or Plavix regimen for at least six months, but three weeks into the treatment, GI bleeding with decreased hematocrit and blood in stool were noted and Mr. Schexnayder was diagnosed with gastritis . The patient was discharged from Touro with an order to continue taking aspirin until August 2011. A CT angiogram of the carotids was performed with results indicating no significant stenosis in the Circle of Willis (a circulatory anastamosis that supplies blood to the brain) and no dissection noted in the right internal carotid.

Dr. Danilyants was consulted for wound care, and Dr. Wang for general surgery. The sacral decubitus ulcers quickly became stage IV after admission. Debridement of the wound was performed at least once. Early in his stay, the patient's wound was cultured and found positive for Morganella (bacterial pathogen). Antibiotics were given to treat the infection. The patient was scheduled to be followed by the Wound Care Center at St. Charles Hospital upon discharge.

Dr. Leonard Glade was able to successfully wean Mr. Schexnayder off his tracheostomy with no further pulmonary issues. At one point during his stay at Touro, the patient developed Clostridium. Difficile toxin but was treated and no additional instances were noted.

A bone scan was performed and revealed no true signs of heterotopic ossification (a process by which bone tissue forms outside of the skeleton); however x-rays of the left hip revealed possible heterotopic ossification near the medial aspect of the hip so the patient was placed on Didronel. The patient occasionally complains of lower extremity pain. Venous Doppler's were performed and were negative for DVT.

A follow up CT of the head was performed on May 3, 2011, . Results revealed chronic areas of encephalomalacia involving the right and left frontal and high parietal convexity regions of the brain, which appeared as old infarcts. Also noted, there was an old, right internal carotid capsule infarct; as well as resolving hygromas and hematomas.

During his time at Touro, Mr. Schexnayder received inpatient physical, occupational, speech and respiratory therapy. Mr. Schexnayder was advised to continue outpatient physical, occupational, and speech therapy once home.

Upon discharge, the patient was still dependent with activities of daily living. He was mobile with use of a wheelchair. Cognitively, the patient needed moderate assistance with comprehension, expression, social interaction, problem solving, memory and attention. He needed supervision with swallowing. His discharge medications included:

- Therevac-mini enema
- Enteric-coated aspirin
- Didronel
- Inderal
- Depakote
- Carafate
- Vistaril
- Seroquel
- Ambien

Mr. Schexnayder was evaluated for outpatient occupational therapy at St. Charles Parish Hospital Occupation Therapy on June 23, 2011. His physical therapy evaluation was done on June 24, 2011 with Mary Marino, PT. He was scheduled for physical therapy three times a week for six weeks. Physical therapy was also to provide wound care for a stage IV decubitus ulcer three times a week. A wound VAC was in place during this time. Additionally, Mr. Schexnayder was unable to ambulate at the time of these initial evaluations. He was also apparently incontinent of bladder as he wore a condom catheter.

On July 6, 2011 Mr. Schexnayder underwent his speech therapy evaluation with Melina White, MS, CCC-SLP. Speech therapy was then scheduled three days a week for 12 weeks.

On July 11, 2011, Mr. Schexnayder was picked up by St. Charles Parish Hospital EMS and taken to East Jefferson General Hospital Emergency Department for a seizure. The family reported the seizure lasted two to five minutes with tonic clonic activity. When EMS arrived, they found Mr. Schexnayder in a postictal state. The family

noted that this was the first seizure they had witnessed. Mr. Schexnayder was seen at the East Jefferson emergency room and was discharged home with instructions to increase dose of Valproic Acid by one teaspoon at night.

A week following the seizure, Mr. Schexnayder reported to the St. Charles Medical Clinic in need of a primary care physician. He was assigned to be seen by Dr. C. Jayakrishnan. The patient reported to the clinic with a Foley catheter and wound VAC to the bed sore of his left buttocks, and stated that his legs were restless and hurt at night. Mr. Schexnayder was given orders to continue his current medications, wound, and home health care. Throughout this period of treatment under the care of Dr. Jayakrishnan, numerous lab work was completed including regular checks of Valproic Acid levels. In September of 2011, Mr. Schexnayder's sacral decubitus ulcer was swabbed for cultures and three days later, results indicated light growth.

At this time, there are no additional medical records available for review. However, it is our understanding from Mr. Schexnayder's mother, that he has been treated on an outpatient basis, for the last year at Sage Rehabilitation Hospital in Baton Rouge. It is our understanding that those medical records will be forthcoming.

Mr. Schexnayder underwent surgery for a fractured right great toe on August 15, 2013 with Dr. William Johnson, orthopedic surgeon.

On September 19 and 20, 2013 Mr. Schexnayder underwent Neuropsychological testing with Dr. Kevin Bianchini. Dr. Bianchini found Mr. Schexnayder to be profoundly brain injured and cognitively impaired to the point that he will never be able to manage his own affairs. Dr. Bianchini further noted that Mr. Mr. Schexnayder will be unable to return to a competetive work envirnoment, nor will he be able to be left alone except for very short periods of time. He will require round the clock attendants or placement in a center for brain injured individuals where he can be monitored in a safe and therapeutic environment.

## Current Injury Related Medical Status and Treatment

Mr. Schexnayder is currently living with his mother, who is his legal guardian. He sees his treating physicians, Drs. Montegut, Williams and Ramsay on a periodic basis. He is currently not receiving any cognitive trype treatment for his brain injury. Mr. Schexnayder is on one medication, Lamictal, an anit-seizure medication. He continues to have some problems with his left foot, which was injured in the accident. Dr. Johnson is treating with him. Other than that, Mr. Schexnayder is medically stable.

## Projected Future Treatment Plan

We are currently awaiting updates from Mr. Schexnayder's treating physicians in order to more accurately outline his future medical treatment. However, Dr. Kevin Bianchini, the neuropsychologist has indicatecd that Mr. Schexnayder will require round the clock supervision and will be unable to manage his personal affairs. This means that he will continue to need a personal guardian for the rest of his life. He will require sitters or in patient residence at a facility that cares for the brain injured.

## Summary of Allocation

**Physican Visits:**

- Richard Ramsay, MD, Neurologist - we anticipate up to three visits per year to monitor his brain injury.
- Christy Montegut, MD, Family Practice - we anticipate up to three visits per year in order to monitor his overall medical disposition.
- William Johnson, MD, Orthopedic Surgeon - We anticipate at least two visist, and possibly more,

depending on any problems that might arise as a result of the fractures Mr. Schexnayder suffered in his accident.

**Diagnositcs:**

- We anticipate that Mr. Schexnayder will need at least 7 CTs of the brain over his life in order to monitor the physical status of his brain injury.
- We anticipate that Mr. Schexnayder will require at least 10 sets of X-rays for his ankle, knee and femur over his lifetime, in order to monitor the orthopedic status of the injuries he suffered at the time of the injury

**Labs:**

- Mr. Schexnayder will requite one annual General Health Panel to monitor his liver and kidney functions as he is on long term medication.

**Therapy:**

- We anticipate that Mr. Schexnayder will require at least 48 sessions of Physical and/or Occupational Therapy over his lifetime.
- He may also require as many as 48 or more sessions of Cognitive / Speech Therapy over his lifetime.

**Prescriptions:**

- Mr. Schexnayder is prescribed an anti-seizure medication Lamictal, 100 mg twice a day.

**Non Routine Transportation:**

- We have anticipated that Mr. Schexnayder will travel at least 100 miles per monrh on average to attend appointments and other needs generated by his brain injury.

**Sitter Service:**

- If Mr. Schexnayder lives at home, he will require round the clock supervisiion, necessitating the use of a sitter service.

**In Patient Brain Injury Facility:**

- Should Mr. Schexnayder not be able to live at home, he will likely need to be placed in a brain injured facility so that he can be cared for in a therapeutic manner.

**Case Management Services:**

- Since Mr. Schexnayder has a severe Traumatic Brain Injury he will require the services of a Medical Case

Manager in order to coordinate his treatment with various medical providers and make sure that his treatment plan is followed and modified as necessary. The Case Manager also acts as a liason among all the different providers and family to keep everyone up to date.

**Proposed Medical Cost Projection Amount, exclusive of all administrative fees:**
**Total Proposed MCP Amount: $8,069,117.00**

## Cost Projection

| Services | CPT Code | Frequency | Every x Years | Price Per Service | Life Expectancy | Total |
|---|---|---|---|---|---|---|
| Christy Montegut, MD, Family Practice Routine Follow Up | | 3 | 1 | $90.00 | 48 | $12,960.00 |
| Physical / Occupational Therapy 48 Visits over Life | | 1 | 48 | $6,000.00 | 48 | $6,000.00 |
| **Visits** | | | | | | |
| Richard E. Ramsay, MD, Neurologist Routine Follow Up | 99213 | 3 | 1 | $90.00 | 48 | $12,960.00 |
| William Johnston, MD, Orthopedic Surgeon Bi Annual Follow Up | 99214 | 2 | 1 | $133.00 | 48 | $12,768.00 |
| Subtotal: | | | | | | **$25,728.00** |
| **Diagnostics** | | | | | | |
| CT of the Brain | 70460 | 7 | 48 | $833.00 | 48 | $5,831.00 |
| Routine Lower Extremity X-rays | 73592 | 10 | 48 | $87.00 | 48 | $870.00 |
| Subtotal: | | | | | | **$6,701.00** |
| **Therapies** | | | | | | |
| Physical / Occupational Therapy 48 Visits over LIfe | | 1 | 48 | $6,000.00 | 48 | $6,000.00 |
| Speech / Cognitive Therapy 48 Visits over Life | | 1 | 48 | $7,200.00 | 48 | $7,200.00 |
| Subtotal: | | | | | | **$13,200.00** |
| **Lab-Testing** | | | | | | |
| General Health Panel | | 1 | 1 | $48.00 | 105 | $5,040.00 |
| Subtotal: | | | | | | **$5,040.00** |
| **Medication and Supplies** | | | | | | |
| Lamictal 100 mg BID | | 12 | 1 | $156.00 | 48 | $89,856.00 |
| Subtotal: | | | | | | **$89,856.00** |
| **Health and Strength Maintenance** | | | | | | |
| Health Club / Gym Membership | | 1 | 1 | $720.00 | 48 | $34,560.00 |

|  | Subtotal: |  |  |  |  | $34,560.00 |
|---|---|---|---|---|---|---|
| **Home Care** | | | | | | |
| Round the clock attendant care |  | 365 | 1 | $432.00 | 48 | $7,568,640.00 |
|  | Subtotal: |  |  |  |  | $7,568,640.00 |
| **Non-routine Transportation** | | | | | | |
| Injury Related Transportation |  | 1200 | 1 | $0.57 | 48 | $32,832.00 |
|  | Subtotal: |  |  |  |  | $32,832.00 |
| **Other** | | | | | | |
| Case Management Services 60 hours per year |  | 60 | 1 | $95.00 | 48 | $273,600.00 |
|  | Subtotal: |  |  |  |  | $273,600.00 |
|  |  |  |  |  | **Grand Total:** | **$8,050,157.00** |

Date of Report:        02/20/2014

Completed by:

*[signature]*

John Kocke



Associates in Managed Care

## Medical Cost Projection

This file was referred by Jean-Paul Robert, Esq., and The Law offices of John Young, to prepare a Future Medical Cost Projection relating to injuries resulting from the Motor Vehicle Accident Mr. Dustin Schexnayder suffered on February 14, 2011.

At this time we are still gathering information from Mr. Schexnayder's treating physicians regarding his future treatment, most specifically from his orthopedic surgeon Dr. Johnson, as the problems from Mr. Schexnayder's broken foot persist. The other treating physician care is more routine in nature.

For the most part Mr. Schexnayder is medicallly stable, but does suffer from permanent cognitive impairment per Dr. Kevin Bianchini, the neuropsychologist who recently examined him. According to Dr. Bianchini Mr. Schexnayder will never be able to manage his own personal or medical affairs; will never be able to drive an automobile; will never be able to return to competetive work and will never be safe to leave alone for more than short periods of time.

We reserve the right to addend t his report as additional information becomes available, however, as the cost of Mr. Schexnayder's long-term care represents the biggest portion of the future injury related expenses, it is unlikely the overall total will vary by more than a few per-centage points.

Finally, this report is presented in two scenarios. The first scenario is one in which Mr. Schexnayder remains living at home with around the clock attendees. The second scenario is one in which Mr. Schexnayder is placed in a long-term residential facility for the brain injured.

### Claimant Information

| | |
|---|---|
| Claimant: | Dustin Schexnayder |
| Address: | 169 Troxclair St Destrehan, LA 70047 |
| SSN: | 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 |
| HICN: | 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A |
| Date of Birth: | 06/29/1981 |
| Current Age: | 32 |
| Claim Number: | Schexnayder 1 |
| DOI: | 02/14/2011 |

### State of Jurisdiction/Venue

Louisiana

### Employer Information

Not Applicable

### Insurance Information

Unknown

---

P.O. Box 2177 - LA 70470
Office 877-221-4203 - Fax 877-214-6469

### Defense Attorney

The Defense attorney information was not provided in the records to review for this allocation

### Plaintiff Attorney

John L. Young
The Law Offices of John L. Young
915 St. Louis Street
New Orleans, LA 70112
Office: 504-581-2200
: 504-581-5100
Jean-Paul Robert, Esq
Attorney at Law
2315 S. Burnside Ave
Gonzales, LA 70737
: 225-674-9200
Email: jpr@attorneyatlawllc.com

### Description of Injury

Single Car Motor Vehicle Accident

### Pre-existing Conditions

No significant prior medical history.

# INJURY INFORMATION

### Diagnoses

| ICD9  | Description              |               |
|-------|--------------------------|---------------|
| 8540  | Traumatic Brain Injury   | Claim Related |
| 82002 | Fx femur, midcervic-clos | Claim Related |
| 8220  | Fracture patella-closed  | Claim Related |
| 8248  | Fx ankle NOS-closed      | Claim Related |
| 8600  | Traum pneumothorax-close | Claim Related |
| 9070  | Lt eff intracranial inj  | Claim Related |

### Providers

| Name | Specialty | Type | Phone | Last Appt. | Next Appt. |
|------|-----------|------|-------|------------|------------|
| 1.) Christy A Montegut Md | FP | Treating | 985-652-3344 | | N/A |
| 2.) Kevin J Bianchini Phd | PSYC | Consult | 504-780-1702 | | N/A |
| 3.) William S Johnson Iii Md Apmc | OR | Treating | 985-653-0254 | | N/A |
| 4.) Richard E. Ramsay, Md | NU | Treating | 504-842-3980 | | N/A |

## Medications

| | Medication | Frequency | Reason | Related |
|---|---|---|---|---|
| 1.) | Lamictal (Lamotrigine) | 100 mg BID | | Yes |

## Records Reviewed

- East Jefferson General Hospital, Medical Records
- Rust Cook, MD, St. Charles Parish Hospital, Medical Records
- St. Charles Medical Clinic, Medical Records, C. Jayakrishnan, MD
- Touro Rehabilitation Center, Dr. Mark Rosenbloom
- St. Charles Parish Hospital, Medical Records, Mary Moreno, PT
- St. Charles Parish EMS, Medical Records
- St. Charles Parish Hospital, Medical Records, Melina White, M.S. CCC-SLP,
- University Medical Center
- Kevin Bianchini, Phd, Neuropsychologists

## Medical Care Summary

Mr. Schexnayder, a 29 year old male (currently 32 years old), is picked up by St. Charles Parish Hospital EMS after being in a motor vehicle accident on February 14, 2011. Upon arrival on scene, EMS noted that the patient's pick-up truck was in a canal and the patient was trapped. The fire department was already on scene at this time. The truck had jumped from one end of the canal to the other, hitting the embankment. The steering wheel was broken and the windshield shattered. Mr. Schexnayder was unresponsive with a strong radial pulse. The report indicates the patient was too combative for IV's or non-rebreather mask. It took 42 minutes for the patient to be extricated from the truck by St. Charles Fire Department. Bilateral knee punctures were noted. Mr. Schexnayder was transported to LSU Interim Public Hospital (University Hospital) in New Orleans.

Mr. Schexnayder was admitted to LSU Interim Public Hospital (University Hospital) in New Orleans following his motor vehicle accident. The initial impressions were as follows:

- Traumatic brain injury with Glascow Coma Sale (GCS) of three
- Multiple traumatic fractures to his lower extremities

Mr. Schexnayder's prognosis was initially rated as poor, with a Do Not Resuscitate (DNR) consented to by Mr. Schexnayder's mother, with a (GCS) score of three. However, the prognosis changed as his GCS improved to six.

Further studies noted that he had a stroke or brain bleed to the right hemispheric area, a frontal contusion and diffuse axonal injury. Neurosurgery was consulted.

At one point, surgery was delayed for the repair of his tibia/fibula fracture because his condition had deteriorated to the point where they did not think he was going to live. In fact they had taken him off of most life-support. However, Mr. Schexnayder opened his eyes spontaneously and squeezed his mother's hand, and began to follow direction. At that point, life-support was reinstituted.

Upon arrival, the patient underwent an ORIF of the left patella (knee cap), and a closed reduction of the right talus fracture (ankle). No intracranial procedures were performed except for monitoring of the patient's intracranial

pressure via the placement of a pressure monitor bolt.

On March 13, 2011, Mr. Schexnayder underwent a tracheostomy for his ventilator. An endoscopic gastrostomy tube was also placed for feeding purposes. On March 17, 2011, Mr. Schexnayder underwent surgical placement of a rod in his left femur.

Mr. Schexnayder was placed on aspirin and Plavix for conservative treatment of his right internal carotid artery dissection. The hospitalization was further complicated by Stenotrophomonas pneumonia infection contracted from his ventilator. Additionally, MRSA was found in his sputum. Mr. Schexnayder was also suffering from anemia, requiring blood transfusions.

When he started to improve, Mr. Schexnayder began physical and occupational therapy.

Over the next few weeks, Mr. Schexnayder stabilized and was eventually able to be transferred to the Touro Rehabilitation Center.

Mr. Schexnayder was admitted to Touro Rehabilitation Center on March 28, 2011, under the care of Dr. Mark K. Rosenbloom. The patient was admitted with the following diagnoses:

- Status post: traumatic brain injury
- Left femur fracture
- Right ankle fracture and dislocation
- Left ankle fracture
- Left patella fracture
- Pulmonary contusion
- Tracheostomy placement
- Percutaneous endoscopic gastrostomy tube placement
- Internal carotid artery dissection
- Sacral decubitus ulcer stage III
- Left heel ulcer
- Right ankle ulcer.

While at Touro, Mr. Schexnayder developed or had a worsening of:

- Right pneumothorax, 25%
- Sacral decubitus ulcer stage III to IV
- Right heal ulcers stage II
- Left heel ulcer

Mr. Schexnayder was initially able to tolerate food well through a PEG tube. After passing a swallow study, was able to eat orally, but because of no toleration or desire to eat, tube feedings remained. Dr. Lurie, orthopedic surgeon, assumed treatment of Mr. Schexnayder's multiple fractures and surgeries. . By discharge, the patient was able to bear weight with walking boots as tolerated. The patient was instructed to follow up with his orthopedic physician at University Hospital.

Dr. Celebi with Cardiology followed Mr. Schexnayder for his carotid dissection. He was required to taken an aspirin and/or Plavix regimen for at least six months, but three weeks into the treatment, GI bleeding with decreased hematocrit and blood in stool were noted and Mr. Schexnayder was diagnosed with gastritis . The patient was discharged from Touro with an order to continue taking aspirin until August 2011. A CT angiogram of the carotids was performed with results indicating no significant stenosis in the Circle of Willis (a circulatory anastamosis that supplies blood to the brain) and no dissection noted in the right internal carotid.

Dr. Danilyants was consulted for wound care, and Dr. Wang for general surgery. The sacral decubitus ulcers quickly became stage IV after admission. Debridement of the wound was performed at least once. Early in his stay, the patient's wound was cultured and found positive for Morganella (bacterial pathogen). Antibiotics were given to treat the infection. The patient was scheduled to be followed by the Wound Care Center at St. Charles Hospital upon discharge.

Dr. Leonard Glade was able to successfully wean Mr. Schexnayder off his tracheostomy with no further pulmonary issues. At one point during his stay at Touro, the patient developed Clostridium. Difficile toxin but was treated and no additional instances were noted.

A bone scan was performed and revealed no true signs of heterotopic ossification (a process by which bone tissue forms outside of the skeleton); however x-rays of the left hip revealed possible heterotopic ossification near the medial aspect of the hip so the patient was placed on Didronel. The patient occasionally complains of lower extremity pain. Venous Doppler's were performed and were negative for DVT.

A follow up CT of the head was performed on May 3, 2011, . Results revealed chronic areas of encephalomalacia involving the right and left frontal and high parietal convexity regions of the brain, which appeared as old infarcts. Also noted, there was an old, right internal carotid capsule infarct; as well as resolving hygromas and hematomas.

During his time at Touro, Mr. Schexnayder received inpatient physical, occupational, speech and respiratory therapy. Mr. Schexnayder was advised to continue outpatient physical, occupational, and speech therapy once home.

Upon discharge, the patient was still dependent with activities of daily living. He was mobile with use of a wheelchair. Cognitively, the patient needed moderate assistance with comprehension, expression, social interaction, problem solving, memory and attention. He needed supervision with swallowing. His discharge medications included:

- Therevac-mini enema
- Enteric-coated aspirin
- Didronel
- Inderal
- Depakote
- Carafate
- Vistaril
- Seroquel
- Ambien

Mr. Schexnayder was evaluated for outpatient occupational therapy at St. Charles Parish Hospital Occupation Therapy on June 23, 2011. His physical therapy evaluation was done on June 24, 2011 with Mary Marino, PT. He was scheduled for physical therapy three times a week for six weeks. Physical therapy was also to provide wound care for a stage IV decubitus ulcer three times a week. A wound VAC was in place during this time. Additionally, Mr. Schexnayder was unable to ambulate at the time of these initial evaluations. He was also apparently incontinent of bladder as he wore a condom catheter.

On July 6, 2011 Mr. Schexnayder underwent his speech therapy evaluation with Melina White, MS, CCC–SLP. Speech therapy was then scheduled three days a week for 12 weeks.

On July 11, 2011, Mr. Schexnayder was picked up by St. Charles Parish Hospital EMS and taken to East Jefferson General Hospital Emergency Department for a seizure. The family reported the seizure lasted two to five minutes with tonic clonic activity. When EMS arrived, they found Mr. Schexnayder in a postictal state. The family

noted that this was the first seizure they had witnessed. Mr. Schexnayder was seen at the East Jefferson emergency room and was discharged home with instructions to increase dose of Valproic Acid by one teaspoon at night.

A week following the seizure, Mr. Schexnayder reported to the St. Charles Medical Clinic in need of a primary care physician. He was assigned to be seen by Dr. C. Jayakrishnan. The patient reported to the clinic with a Foley catheter and wound VAC to the bed sore of his left buttocks, and stated that his legs were restless and hurt at night. Mr. Schexnayder was given orders to continue his current medications, wound, and home health care. Throughout this period of treatment under the care of Dr. Jayakrishnan, numerous lab work was completed including regular checks of Valproic Acid levels. In September of 2011, Mr. Schexnayder's sacral decubitus ulcer was swabbed for cultures and three days later, results indicated light growth.

At this time, there are no additional medical records available for review. However, it is our understanding from Mr. Schexnayder's mother, that he has been treated on an outpatient basis, for the last year at Sage Rehabilitation Hospital in Baton Rouge. It is our understanding that those medical records will be forthcoming.

Mr. Schexnayder underwent surgery for a fractured right great toe on August 15, 2013 with Dr. William Johnson, orthopedic surgeon.

On September 19 and 20, 2013 Mr. Schexnayder underwent Neuropsychological testing with Dr. Kevin Bianchini. Dr. Bianchini found Mr. Schexnayder to be profoundly brain injured and cognitively impaired to the point that he will never be able to manage his own affairs. Dr. Bianchini further noted that Mr. Mr. Schexnayder will be unable to return to a competetive work envirnoment, nor will he be able to be left alone except for very short periods of time. He will require round the clock attendants or placement in a center for brain injured individuals where he can be monitored in a safe and therapeutic environment.

## Current Injury Related Medical Status and Treatment

Mr. Schexnayder is currently living with his mother, who is his legal guardian. He sees his treating physicians, Drs. Montegut, Williams and Ramsay on a periodic basis. He is currently not receiving any cognitive trype treatment for his brain injury. Mr. Schexnayder is on one medication, Lamictal, an anit-seizure medication. He continues to have some problems with his left foot, which was injured in the accident. Dr. Johnson is treating with him. Other than that, Mr. Schexnayder is medically stable.

## Projected Future Treatment Plan

We are currently awaiting updates from Mr. Schexnayder's treating physicians in order to more accurately outline his future medical treatment. However, Dr. Kevin Bianchini, the neuropsychologist has indicatecd that Mr. Schexnayder will require round the clock supervision and will be unable to manage his personal affairs. This means that he will continue to need a personal guardian for the rest of his life. He will require sitters or in patient residence at a facility that cares for the brain injured.

## Summary of Allocation

**Physican Visits:**

- Richard Ramsay, MD, Neurologist - we anticipate up to three visits per year to monitor his brain injury.
- Christy Montegut, MD, Family Practice - we anticipate up to three visits per year in order to monitor his overall medical disposition.
- William Johnson, MD, Orthopedic Surgeon - We anticipate at least two visist, and possibly more,

02/20/2014   Dustin Schexnayder

depending on any problems that might arise as a result of the fractures Mr. Schexnayder suffered in his accident.

**Diagnositcs:**

- We anticipate that Mr. Schexnayder will need at least 7 CTs of the brain over his life in order to monitor the physical status of his brain injury.
- We anticipate that Mr. Schexnayder will require at least 10 sets of X-rays for his ankle, knee and femur over his lifetime, in order to monitor the orthopedic status of the injuries he suffered at the time of the injury

**Labs:**

- Mr. Schexnayder will requite one annual General Health Panel to monitor his liver and kidney functions as he is on long term medication.

**Therapy:**

- We anticipate that Mr. Schexnayder will require at least 48 sessions of Physical and/or Occupational Therapy over his lifetime.
- He may also require as many as 48 or more sessions of Cognitive / Speech Therapy over his lifetime.

**Prescriptions:**

- Mr. Schexnayder is prescribed an anti-seizure medication Lamictal, 100 mg twice a day.

**Non Routine Transportation:**

- We have anticipated that Mr. Schexnayder will travel at least 100 miles per monrh on average to attend appointments and other needs generated by his brain injury.

**Sitter Service:**

- If Mr. Schexnayder lives at home, he will require round the clock supervisiion, necessitating the use of a sitter service.

**In Patient Brain Injury Facility:**

- Should Mr. Schexnayder not be able to live at home, he will likely need to be placed in a brain injured facility so that he can be cared for in a therapeutic manner.

**Case Management Services:**

- Since Mr. Schexnayder has a severe Traumatic Brain Injury he will require the services of a Medical Case

Manager in order to coordinate his treatment with various medical providers and make sure that his treatment plan is followed and modified as necessary. The Case Manager also acts as a liason among all the different providers and family to keep everyone up to date.

**Proposed Medical Cost Projection Amount, exclusive of all administrative fees:**
**Total Proposed MCP Amount: $4,787,645.00**

## Cost Projection

| Services | CPT Code | Frequency | Every x Years | Price Per Service | Life Expectancy | Total |
|---|---|---|---|---|---|---|
| Christy Montegut, MD, Family Practice Routine Follow Up | | 3 | 1 | $90.00 | 48 | $12,960.00 |
| Physical / Occupational Therapy 48 Visits over Life Visits | | 1 | 48 | $6,000.00 | 48 | $6,000.00 |
| Richard E. Ramsay, MD, Neurologist Routine Follow Up | 99213 | 3 | 1 | $90.00 | 48 | $12,960.00 |
| William Johnston, MD, Orthopedic Surgeon Bi Annual Follow Up | 99214 | 2 | 1 | $133.00 | 48 | $12,768.00 |
| Subtotal: | | | | | | $25,728.00 |
| **Diagnostics** | | | | | | |
| CT of the Brain | 70460 | 7 | 48 | $833.00 | 48 | $5,831.00 |
| Routine Lower Extremity X-rays | 73592 | 10 | 48 | $87.00 | 48 | $870.00 |
| Subtotal: | | | | | | $6,701.00 |
| **Therapies** | | | | | | |
| Physical / Occupational Therapy 48 Visits over LIfe | | 1 | 48 | $6,000.00 | 48 | $6,000.00 |
| Speech / Cognitive Therapy 48 Visits over Life | | 1 | 48 | $7,200.00 | 48 | $7,200.00 |
| Subtotal: | | | | | | $13,200.00 |
| **Lab-Testing** | | | | | | |
| General Health Panel | | 1 | 1 | $48.00 | 105 | $5,040.00 |
| Subtotal: | | | | | | $5,040.00 |
| **Medication and Supplies** | | | | | | |
| Lamictal 100 mg BID | | 12 | 1 | $156.00 | 48 | $89,856.00 |
| Subtotal: | | | | | | $89,856.00 |
| **Health and Strength Maintenance** | | | | | | |
| Health Club / Gym Membership | | 1 | 1 | $720.00 | 48 | $34,560.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Subtotal: | | | | | $34,560.00 |
| **Facility Care** | | | | | | |
| Long-Term Residential Brain Injury | | 12 | 1 | $7,500.00 | 48 | $4,320,000.00 |
| | Subtotal: | | | | | $4,320,000.00 |
| **Other** | | | | | | |
| Case Management Services 60 hours per year | | 60 | 1 | $95.00 | 48 | $273,600.00 |
| | Subtotal: | | | | | $273,600.00 |
| | | | | | **Grand Total:** | **$4,768,685.00** |

Date of Report:   02/20/2014

Completed by:

*[signature]*

John Kocke